UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————X
SUSAN BYRNE,

                Plaintiff,              **STIPULATION OF PARTIAL DISMISSAL**

  -against-

                                Case No. 2:20-cv-5931-GRB-JMW

UNITED STATES POSTAL SERVICE, and
UNITED STATES OF AMERICA,

                Defendants.
——————————————————— X

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff SUSAN BYRNE, by her undersigned attorney, and Defendant UNITED STATES OF AMERICA, by its undersigned attorney, that:

    I.    Defendant United States Postal Service shall be dismissed from the above-captioned action with prejudice.

    The Clerk of the Court is directed to enter judgment accordingly and to amend the case caption as follows:

---------------------------------X
SUSAN BYRNE,

                Plaintiff,

    -against-

UNITED STATES OF AMERICA,

                Defendant.
---------------------------------X

| | |
|---|---|
| Dated: Patchogue, New York<br>October 25, 2021 | Cartier, Bernstein, Auerbach & Dazzo, P.C.<br>*Attorneys for Plaintiffs* |
| | By:  */s/ Kenneth A. Auerbach*<br>Kenneth A. Auerbach, Esq.<br>100 Austin Street, Building 2<br>Patchogue, New York 11772<br>(631) 654-4900<br>cdadauerbach@aol.com |
| Dated: Central Islip, New York<br>October 25, 2021 | BREON PEACE<br>United States Attorney<br>*Attorney for Defendant*<br>Eastern District of New York<br>610 Federal Plaza<br>Central Islip, New York 11722 |
| | By:  */s/ Thomas R. Price*<br>Thomas Price<br>Assistant U.S. Attorney<br>(631) 715-7905<br>thomas.price@usdoj.gov |

SO ORDERED this
___  day of _____ , 2021

_____
HONORABLE GARY R. BROWN
United States District Judge